IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: September 1, 2016 |
| vs. | : | |
| | : | CRIMINAL NO. 16-127 |

KEVIN THOMAS
102 JOE GIBSON DRIVE
GIBSONVILLE, NC 27249

### **NOTICE**

**TAKE NOTICE** that the above-entitled case has been set for **Sentencing** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on November 28, 2016 at 10:30a.m. before the Honorable Cynthia M. Rufe in Courtroom 12A.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,

**NO** INTERPRETER REQUIRED

Erica D. Pratt
Deputy Clerk to Judge Cynthia M. Rufe

Notice to:
Defendant (via mail)
R. Lowe, Esq.(via e-mail)
M. Crawley, AUSA (via e-mail)
U.S. Marshal (via e-mail)
Probation Office (via e-mail)
Pretrial Services (via e-mail)
Larry Bowman(via e-mail)